JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J.S, | ) | Case No. **CV 19-3687-JFW(AGRx)** |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| Long Beach Unified School District, | ) | |
| Defendants. | ) | |

A Court Trial was held on February 14, 2020.  On April 8, 2020, the Court issued Findings of Facts and Conclusions of Law affirming the January 30, 2019 Decision of the Administrative Law Judge.

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this action as follows:

1.    Defendant Long Beach Unified School District shall have judgment against Plaintiff J.S.;

2.    Plaintiff J.S. shall recover nothing from Defendant Long Beach Unified School District; and

3.    Plaintiff J.S. and Defendant Long Beach Unified School District shall each bear their own costs.

The Clerk is ordered to enter this Judgment.

Dated: April 20, 2020

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE